**RECEIVED**

SEP 16 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court
## STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

MATTHEW BRADLEY DEPALMA

**WARRANT FOR ARREST**

Case Number:

08-MJ-356 AJB

0841-0829-1801-J

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MATTHEW BRADLEY DEPALMA**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging

From on or about at least August 22, 2008, through the present, in the State and District of Minnesota, the defendant knowingly and intentionally possessed firearms, namely Molotov cocktails, that were not registered to him in the National Firearms Registration and Transfer Record

in violation of Title 26, United States Code, Section 5861(d).

The Honorable Arthur J. Boylan                                    UNITED STATES MAGISTRATE JUDGE
NAME OF ISSUING OFFICER                                             TITLE OF ISSUING OFFICER

                                                8/27/08          Minneapolis, MN
SIGNATURE OF ISSUING OFFICER                        DATE AND LOCATION

Bail fixed at $_____    by    ARRESTED ON: 8-30-08
                                                ARRESTED BY: FBI
                                                U.S. MARSHAL
                                                DISTRICT OF MINNESOTA
                            **RETURN**    BY  M. Calumet

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

SCANNED

SEP 17 2008

U.S. DISTRICT COURT MPLS