UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION CR 08-314 JRT |
| | ) | |
| Plaintiff, | ) | (26 U.S.C. § 5845) |
| | ) | (26 U.S.C. § 5861(d)) |
| v. | ) | (26 U.S.C. § 5871) |
| | ) | |
| MATTHEW BRADLEY DEPALMA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Possession of Unregistered Firearms)

From on or about August 22, 2008, to on or about August 29, 2008, in the State and District of Minnesota, the defendant,

**MATTHEW BRADLEY DEPALMA,**

knowingly possessed firearms, namely destructive devices (Molotov cocktails), not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845, 5861(d), and 5871.

FRANK J. MAGILL, JR.
United States Attorney

BY: W. ANDERS FOLK
Assistant U.S. Attorney
Attorney ID No. 311388

SCANNED
OCT 0 6 2008
U.S. DISTRICT COURT MPLS

FILED OCT 3 2008
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____