# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| MATTHEW BRADLEY DEPALMA,<br>　　　　　　　　Defendant. | Criminal No: 08-314 (JRT/AJB) |

　　　　I hereby certify that on March 10, 2009, I caused the following document(s):

1.　　　Defendant's Sentencing Position

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

　　　　Jeffrey Paulsen
　　　　Assistant U.S. Attorney

　　　　I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

　　　　N/A

Dated:  March 10, 2009　　　　　　　　　　*s/ Reynaldo A. Aligada, Jr.*
　　　　　　　　　　　　　　　　　　　　　Reynaldo A. Aligada, Jr.
　　　　　　　　　　　　　　　　　　　　　Attorney ID No. 319776
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　107 U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　　300 South Fourth Street
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415