UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 08-314 (JRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S POSITION WITH |
| v. ) | RESPECT TO SENTENCING |
| ) | |
| MATTHEW BRADLEY DEPALMA, ) | |
| ) | |
| Defendant. ) | |

The United States of America submits its position with respect to sentencing.

### OFFENSE LEVEL AND CRIMINAL HISTORY CATEGORY

The government believes that probation has correctly determined the defendant's base offense level, adjusted offense level, and criminal history category. These levels, as contemplated in the plea agreement and found by probation in the presentence instigation report, include a base offense level of 18 (PSR at ¶ 18) an adjusted offense level of 23 (after sentencing enhancements and a reduction for acceptance of responsibility) and a criminal history category of I, leave the defendant with guideline range of 46-57 months (PSR at ¶ 59.)

### APPROPRIATE SENTENCE UNDER 18 U.S.C. § 3553(A)

In light of the 3553(a) factors and the facts of this case, the government believes that a guideline sentence is appropriate for this defendant. The defendant's conduct in this case involves

1

the creation of multiple destructive devices that were to be used either against the Xcel Center in St. Paul in order to cause a power outage or to be used against police officers. The defendant went through a significant amount of work to put his plan into action. He first manufactured and tested two Molotov cocktails to ensure their effectiveness. After this test and his arrest for trespassing that followed, the defendant manufactured three additional destructive devices with the intent of having the devices distributed to others who would then use the devices to disrupt the RNC convention. The defendant's actions in this case make a sentence within the guideline range, as contemplated in the plea agreement and found in the presentence report, appropriate for this defendant.

    Respectively submitted,

    FRANK J. MAGILL, JR.
    United States Attorney

    *s/W. Anders Folk*

    BY: W. ANDERS FOLK
    Assistant U.S. Attorney
    Attorney ID No. 311388